1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff JUDY ROBERTS
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JUDY ROBERTS,                      ) Case No.: CV 07-6939 FFM
                                      )
12         Plaintiff,                 ) [~~PROPOSED~~] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                             ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 )
   Commissioner of Social Security,   )
15                                    )
           Defendant.                 )
16 _____   )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of three thousand two hundred eighty dollars, ($3,280), as authorized by 28

21 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:  May 6, 2009

23                        /S/ FREDERICK F. MUMM
                         _____
24                        THE HONORABLE FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE
25

26